# United States District Court
## *Southern District of Georgia*

Franklin L. Williams,

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV515-26, CR506-14,

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order dated 8/31/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the Petitioner's 2255 motion. The Clerk is directed to close the case.



| | |
|---|---|
| 8/31/16 | Scott L. Poff |
| *Date* | *Clerk* |
| | |
| | *Walker Prescott* |
| | *(By) Deputy Clerk* |